## The People of the State of Illinois, Defendant in Error, v. Joseph Potempa, Plaintiff in Error.

## Gen. No. 18,784.

INFORMATION—*error in grammar.* An information will not be held bad for a mere error in grammar.

Error to the Municipal·Court of Chicago; the HON. ISADORE H. HIMES, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1913. Affirmed. Opinion filed June 24, 1913.

LOUIS GREENBERG, for plaintiff in error.

No appearance for defendant in error.

MR. JUSTICE F. A. SMITH delivered the opinion of the court.

The question raised by counsel for plaintiff in error is one of grammar, not of law. The information is sufficient, and the judgment is affirmed.

*Affirmed.*